

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00605-CV

_____

CHRISTOPHER MARTIN, Appellant

V.

JONATHAN SHAFER, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-007598-1

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on March 13, 2026, but he did not file a brief by that date. *See* Tex. R. App. P. 38.6(a).

On March 24, 2026 and April 16, 2026, we warned Appellant that we could dismiss his appeal for want of prosecution unless, within ten days, he filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b)(1), 38.8(a)(1), 42.3(b). More than ten days have passed, and we have not received a response.

Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: May 21, 2026